WILLIAM A. HUNT agt. THOMPSON NORTHROP.

A motion made for an attachment, to compel a party in interest to pay costs, will be denied with costs, where the party against whom the motion is made denies that he has any interest in the demand upon which the suit was brought.

*February Term*, 1846.

MOTION by defendant for an attachment against a plaintiff in interest, to collect costs of judgment of non-pros.

This suit was commenced in *January, 1845, on a   [*74] promissory note, made by the defendant, payable to Robert A. Robinson : note dated April 26, 1841. The defendant pleaded his bankrupt discharge, &c. Plaintiff's attorney then proposed to defendant's attorney to discontinue without costs, which was refused ; and defendant's attorney subsequently entered judgment of non pros, and issued execution, which was returned unsatisfied. Defendant alleged that Robert A. Robinson, the payee of the note, was the party in interest, that Hunt was nominal plaintiff merely.

Robert A. Robinson stated that, in the month of December, 1844, he transferred the note in suit to Asa Robinson, for a valuable consideration, since which time he had had no interest in it, or the money due upon it ; that no part of the note had at any time been paid to him, nor to any other person on his behalf, although Northrop, before such transfer, frequently promised to pay him.

> GEO. WHITE, *defendant's counsel and attorney.*
> C. STEVENS, *plaintiff's counsel.*
> JOHN CURREY, *plaintiff's attorney.*

BRONSON, Chief Justice. Denied the motion, with $7 costs

on the ground that Robert A. Robinson had denied that he was the party in interest.